**658**

Patricia **COCHRAN**, Appellant,

v.

**CHURCHILL DOWNS, INC.**, Appellee.

Court of Appeals of Kentucky.

Dec. 6, 1974.

Frederick C. Dolt, Leibson, Dolt & McCarthy, Louisville, for appellant.

C. Dant Kearns, Stites & McElwain, Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner E. N. VENTERS, Affirming.*

**COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS**, Appellant,

v.

**BOARD OF TRUSTEES, KENTUCKY SYNOD, CUMBERLAND PRESBYTERIAN CHURCH, et al.**, Appellees.

Court of Appeals of Kentucky.

Dec. 6, 1974.

Jim D. Robinson, General Counsel, Department of Highways, Frankfort, Douglas

E. Robertson, Allender, Simmons & Robertson, Charles W. Huddleston, Bowling Green, for appellant.

William E. Rueff, Jr., Moore & Rueff, Morgantown, Patrick J. Dixon, Shively, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

Garnett R. **TARTAR**, Individually, and Garnett R. Tartar, Executor of the Estate of Ada Tartar, Deceased, Appellants,

v.

John E. **TARTAR** et al., Appellees.

Court of Appeals of Kentucky.

Dec. 6, 1974.

J. Milton Luker, Luker, Luker & Roberts, London, Fritz Krueger, J. Calvin Aker, Somerset, for appellants.

Phillip K. Wicker, Harris, & Wicker, Lester H. Burns, Jr., Burns, Miracle & Mitchell, Frederick G. Neikirk, Somerset, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.